THOMAS E. FRANKOVICH (SBN #074414)
THOMAS E. FRANKOVICH
***A PROFESSIONAL LAW CORPORATION***
1832-A Capitol Street
Vallejo, CA 94950
Telephone:  (415) 444-5800
Facsimile:  (415) 674-9900
Email: tfrankovich@disabilitieslaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN HEATHERLY AND IRMA RAMIREZ,<br><br>    Plaintiffs,<br>v.<br><br>SEBT, LLC,<br><br>    Defendants. | CASE NO.: 3:15-cv-00851- MEJ<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The Parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice and each side is to bear its own costs and attorneys' fees.

The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: November 5, 2015         THOMAS E. FRANKOVICH
                                *A PROFESSIONAL LAW CORPORATION*


                                By:   */s/ Thomas E. Frankovich*
                                      Thomas E. Frankovich
                                      Attorney for Plaintiffs


Dated: November 5, 2015         ALLMAN & NIELSEN, P.C.


                                By:   */s/ Sara B. Allman*
                                      Sara B. Allman
                                      Attorney for Defendants


## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees. IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated:  November 5 , 2015

                                _____
                                MARIA-ELENA JAMES
                                UNITED STATES MAGISTRATE JUDGE